No. 86–5170. DIAZ *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 86–5171. BALES *v.* IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 86–5172. PERRY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–5174. SKAGGS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5175. PETERSON *v.* DEPARTMENT OF PUBLIC WELFARE ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–5176. OMAR, AKA SNEED *v.* SIMPSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–5177. WELLS *v.* CITY OF HOUSTON, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–5178. MALLOY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5179. OLIVA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–5180. DUKE *v.* DUKE. Sup. Ct. R. I. Certiorari denied.

No. 86–5185. AVEDISIAN *v.* HUBBARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–5186. VILT *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 86–5189. BUMGARNER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–5190. SAUNDERS *v.* CHAPA ET AL. C. Á. 5th Cir. Certiorari denied.

No. 86–5191. SIMMONS *v.* TENNESSEE ET AL. C. A. 6th Cir. Certiorari denied.